BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KIM R. HARMON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-01374-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to February 20, 2014, for Defendant to file her Opposition to Plaintiff Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  Defendant's counsel respectfully requests this extension in order to assist managing his extremely active district court schedule, coupled with a vacation and holiday observances.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

-1-

Respectfully submitted,

Date: <u>January 21, 2014</u>          Rohlfing & Kalagian, LLP

By:   <u>/s/ Marc V. Kalagian</u>*
      MARC V. KALAGIAN
      *By email authorization

      Attorney for Plaintiff

Date: <u>January 21, 2014</u>          BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT
                                       Acting Regional Chief Counsel, Region IX,
                                       Social Security Administration

By:   <u>/s/ Paul Sachelari</u>
      PAUL SACHELARI
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\harmon1374.stip.ord.eot.docx